# Court of Appeals
# of the State of Georgia

ATLANTA,___August 26, 2015___

*The Court of Appeals hereby passes the following order:*

## A15A2293.   KEITH LAVERPOOL v. TAYLOR, BEAN & WHITAKER MORTGAGE CORP.

On April 14, 2015, the trial court entered an order confirming a non-judicial foreclosure sale.  The court denied defendant Keith Laverpool's motion for reconsideration on June 24, 2015.  On July 6, 2015, Laverpool filed a notice of appeal.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." (Punctuation omitted.)  *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  The filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of a motion for reconsideration is not itself a directly appealable order.  See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985).  Here, Laverpool filed his notice of appeal 83 days after entry of the underlying order.  Consequently, Laverpool's appeal is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __08/26/2015__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*